# EXHIBIT 2

**Office Use Only**: Case No. ____________
Referred To NYSDRA ____________
Filing Date ____________

**NEW YORK STATE ATTORNEY GENERAL'S OFFICE**
**LETITIA JAMES, ATTORNEY GENERAL**

**NEW YORK NEW CAR LEMON LAW ARBITRATION PROGRAM**
**REQUEST FOR ARBITRATION FORM**

**CONSUMER INFORMATION**

1. Name: Allen Benjamin c/o ANTHONY T. BALLATO, ESQ.

   Address: 1556 Dahill Road A1

   City: Brooklyn State: NY Zip: 11204

   Phone: Home (_____)_____-________ Work (516) 541-9080

   E-mail address: anthony.ballato@verizon.net

   ☑ I prefer to send/receive communications by e-mail rather than be regular mail.

**VEHICLE INFORMATION**

2. Manufacturer: BMW
   (e.g., GM, Ford, Chrysler, Toyota, Winnebago, etc.)

3. Year: 2023 Make: BMW Model: M5
   (e.g., Chevrolet, Dodge) (e.g., Cavalier, Caravan)

4. Vehicle Identification Number (VIN): WBS83CH02PCL46729

5. Date of delivery? 11/19/22 Mileage at delivery: 39 Current Mileage: 17,308

6. Did you purchase or lease your vehicle in New York? ................................. Yes ☑ No ☐

   ☐ I purchased my vehicle. ☑ I leased my vehicle.

7. Is your vehicle registered in New York? ................................................... Yes ☑ No ☐

8. Is your vehicle primarily used for personal, family or household purposes? Yes ☑ No ☐

9. Do you still own or lease your vehicle? ................................................... Yes ☑ No ☐

10. Purchase Price: $ 79,826.15 + tax and fees

**DEALER INFORMATION**

11. Name: BMW OF RAMSEY

Address: 985 State Rt 17

City: Ramsey State: NJ Zip: 07446

**BANK OR FINANCING INSTITUTION (if financed):**

12. Name: BMW Financial Services NA, LLC

Address: 5550 Britton Parkway

City: Hillard State: OH Zip: 43026

**LEASING COMPANY (if leased):**

13. Name: BMW OF RAMSEY

Address: 985 State Rt 17

City: Ramsey State: NJ Zip: 07446

Lease Acct #: ____________________

**VEHICLE'S PROBLEM(S)**

14. Briefly describe the problem for which you seek a refund or a replacement vehicle:

Drive train malfunctions, axel and engine defects.

15. Does the problem(s) for which you seek relief substantially impair the value of the vehicle to you? .................... Yes ☑ No ☐

16. On what date and at what mileage did you **first** report this problem(s) to the dealer or manufacturer? Date: 11/29/22 Mileage: 964

17. Does the problem(s) involve a dealer installed option? .................... Yes ☐ No ☑
Specify: ____________________

**BASIS FOR RELIEF SOUGHT:** **You must complete at least one of the following three questions (17, 18 or 19). If you have a Motor Home, you must also answer # 20.**

18. **Unsuccessful Repair Attempts**

a. How many repair attempts for the same problem were made within the first 18,000 miles or 24 months, whichever is earlier? 18+ SEE ATTACHED LIST

b. Give the date, mileage and work order number for each of the repair attempts by an authorized dealer for the same problem.

Problem 1 (Specify) Drive train malfunctions, axel and engine defects

| | Date | Mileage | Work Order # |
|---|---|---|---|
| (1) | 11/29/22 | 964 | 724143 |
| (2) | 02/06/23 | 2333 | 708615 |
| (3) | 03/15/23 | 3554 | 710900 |
| (4) | 04/12/23 | 4447 | 712736 |

Problem 2 (Specify) Drive train malfunctions, axel and engine defects

| | Date | Mileage | Work Order # |
|---|---|---|---|
| (1) | 04/18/23 | 5297 | 713107 |
| (2) | 04/22/23 | 5420 | 713354 |
| (3) | 05/11/23 | 6079 | 714583 |
| (4) | 05/18/23 | 6715 | 715005 |

c. Do you have copies of all relevant work orders? ........................................Yes ☑ No ☐
(If yes, and advised to do so, please send these directly to NYSDRA . Otherwise, once accepted into the Program, you may request copies from the manufacturer, with the arbitrator's approval, by writing to the Administrator pursuant to Regulation §300.9.)

d. Did the problem continue to exist at the end of the fourth attempt?............Yes ☑ No ☐

19. **Days in Shop for Repairs**

a. How many days was the vehicle out of service due to repairs within the first 18,000 miles or 24 months, whichever is earlier? 34+ See List days.

b. List the dates, mileage, and repair order numbers for those repairs:

| | | | | |
|---|---|---|---|---|
| From: 07/13/23 | To: 07/13/23 | Days out: 1 | Mileage: 8531 | Work Order # 718670 |
| From: 07/19/23 | To: 07/19/23 | Days out: 1 | Mileage: 9033 | Work Order # 718998 |
| From: 08/31/23 | To: 08/31/23 | Days out: 1 | Mileage: 10043 | Work Order # 721785 |
| From: 09/15/23 | To: 10/24/23 | Days out: 40 | Mileage: 11026 | Work Order # 722723 |

c. Do you have copies of all relevant work orders? .......... Yes ☑ No ☐
(If yes, and advised to do so, please send these directly to NYSDRA . Otherwise, once accepted into the Program, you may request copies from the manufacturer, with the arbitrator's approval, by writing to the Administrator pursuant to Regulation §300.9.)

20. **Refusal to Repair (Note: This question should only be completed if the dealer <u>and</u> the manufacturer refuse to commence repairs.)**

a. Did you first notify the **dealer** of the problem for which you are seeking this arbitration? .......... Yes ☐ No ☐

b. If yes, what problem(s)? ____________________

c. What was the date of notification to the dealer? ____________________

d. Did the dealer refuse to inspect the vehicle and make whatever repairs were necessary within 7 days of receiving your initial notice of the problem? .......... Yes ☐ No ☐

e. If yes, did you notify the **manufacturer** by certified mail, return receipt requested, of such refusal? (Attach copy of notification with proof of mailing.) .......... Yes ☐ No ☐

f. Did the manufacturer fail to make repairs within 20 days of receiving your written notice of the dealer's refusal to repair? .......... Yes ☐ No ☐

21. **If Your Complaint Involves a Motor Home:**

a. Did the dealer or manufacturer provide you with a written copy of the special lemon law notification requirements? .......... Yes ☐ No ☐

b. If yes, prior to this application for arbitration, did you notify the dealer or the manufacturer, by certified mail, return receipt requested, of a defect or condition that was subject to repair **3** times or that the motor home has been out of service by reason of repair for **21** days, whichever occurs first? (If yes, attach copy of the notification with proof of mailing.) .......... Yes ☐ No ☐

## HEARING LOCATION

22. Please indicate where you want the arbitration hearing to be held:

- [ ] Albany
- [ ] Amsterdam
- [ ] Auburn
- [ ] Batavia
- [ ] Binghamton
- [ ] Bronx
- [ ] Brooklyn
- [ ] Buffalo
- [ ] Canandaigua
- [ ] Carmel
- [ ] Catskill
- [ ] Cobleskill
- [ ] Corning
- [ ] Cortland
- [ ] Delhi
- [ ] Elmira
- [ ] Fort Edward
- [ ] Geneseo
- [ ] Glens Falls
- [ ] Goshen
- [ ] Hempstead
- [ ] Highland
- [ ] Hudson
- [ ] Ilion
- [ ] Ithaca
- [ ] Jamaica
- [ ] Jamestown
- [ ] Johnstown
- [ ] Lake Placid
- [ ] Lower Manhattan
- [ ] Lowville
- [ ] Lyons
- [ ] Malone
- [ ] Monticello
- [ ] Montour Falls
- [ ] New City
- [ ] Niagara Falls
- [ ] Norwich
- [ ] Ogdensburg
- [ ] Olean
- [ ] Oneida
- [ ] Oneonta
- [ ] Oswego
- [ ] Penn Yan
- [ ] Plattsburgh
- [ ] Poughkeepsie
- [ ] Rochester
- [ ] Saratoga Springs
- [ ] Schenectady
- [x] Smithtown
- [ ] Speculator
- [ ] Staten Island
- [ ] Syracuse
- [ ] Troy
- [ ] Upper Manhattan
- [ ] Utica
- [ ] Waterloo
- [ ] Watertown
- [ ] Yonkers

## TYPE OF HEARING AND RELIEF REQUESTED

23. [x] Oral (In Person) [ ] Documents only (if manufacturer agrees)

24. If successful, I wish to receive a:
[x] full refund [ ] comparable replacement vehicle

## PREVIOUS ARBITRATION

25. A. Did you participate in any previous arbitration for the same problem(s) for which you now seek arbitration?...... Yes [ ] No [x]

B. If yes, what was the name of the Program? ______________________

C. Did you accept the decision of the arbitrator? ...................... Yes [ ] No [ ]

D. Did the manufacturer comply with the decision?.................... Yes [ ] No [ ]

E. Date of Decision:______________________(attach copy of decision)

SIGNATURE: *Allen Benjamin* Date: 07/09/24

**SCHEDULE**

| | | | | | |
|---|---|---|---|---|---|
| 1. | From: 11/29/22 | To: 11/29/22 | Days Out: 1 | Mileage: 964 | Work Order: 724143 |
| 2. | From: 02/06/23 | To: 02/09/23 | Days Out: 4 | Mileage: 2333 | Work Order: 708615 |
| 3. | From: 03/15/23 | To: 03/15/23 | Days Out: 1 | Mileage: 3554 | Work Order: 710900 |
| 4. | From: 04/12/23 | To: 04/12/23 | Days Out: 1 | Mileage: 4447 | Work Order: 712736 |
| 5. | From: 04/18/23 | To: 04/20/23 | Days Out: 3 | Mileage: 5297 | Work Order: 713107 |
| 6. | From: 04/22/23 | To: 04/28/23 | Days Out: 7 | Mileage: 5420 | Work Order: 713354 |
| 7. | From: 05/11/23 | To: 05/15/23 | Days Out: 5 | Mileage: 6079 | Work Order: 714583 |
| 8. | From: 05/18/23 | To: 05/18/23 | Days Out: 1 | Mileage: 6715 | Work Order: 715005 |
| 9. | From: 07/13/23 | To: 07/13/23 | Days Out: 1 | Mileage: 8531 | Work Order: 718670 |
| 10. | From: 07/19/23 | To: 07/19/23 | Days Out: 1 | Mileage: 9033 | Work Order: 718998 |
| 11. | From: 08/31/23 | To: 08/31/23 | Days Out: 1 | Mileage: 10043 | Work Order: 721785 |
| 12. | From: 09/15/23 | To: 10/24/23 | Days Out: 40 | Mileage: 11026 | Work Order: 722723 |
| 13. | From: 10/24/23 | To: 10/24/23 | Days Out: 1 | Mileage: 11794 | Work Order: 725161 |
| 14. | From: 01/04/24 | To: 01/04/24 | Days Out: 1 | Mileage: 12961 | Work Order: 729690 |
| 15. | From: 01/16/24 | To: 01/19/24 | Days Out: 4 | Mileage: 13430 | Work Order: 730561 |
| 16. | From: 02/27/24 | To: 02/29/24 | Days Out: 3 | Mileage: 15225 | Work Order: 733194 |
| 17. | From: 03/08/24 | To: 03/08/24 | Days Out: 1 | Mileage: 15226 | Work Order: 733912 |
| 18. | From: 07/02/24 | To: 07/08/24 | Days Out: 7 | Mileage: 17270 | Work Order: 1124250 |