# EXHIBIT 3

**ND-3**

FILE DATE: 08/27/2024

AG CASE #: NC-1 - 906533820

ARBITRATOR: Lewis Bernstein

## ARBITRATOR'S DECISION FOR REFUNDS TO THE CONSUMER/ LESSEE AND THE LESSOR

Consumer: Allen Benjamin
c/o Mr. Anthony Ballato Esq
Address: 5476 Merrick Road
Merrick, NY 11758

Manufacturer: BMW of North America
c/o Biederman Hoenig
Address: 60 East 42nd Street
42ndf Floor
New York, NY 10165
Attn: Sara Thompson

Leasing Company: BMW Financial Services

Address: 985 State Rt. 17, Ramsey, NJ 07446 Lease Acct #4004132346

Actual Hearing Date (oral hearings only): 10/10/2024

Date Reviewed (documents only cases): ____________

☐ Ex Parte Award (check if only one party appeared at hearing)

**SUMMARY OF ISSUES IN DISPUTE** (check those items in dispute)

☐ 1. Whether the vehicle is primarily used for personal, family or household purposes.

☑ 2. Whether there were 4 or more repair attempts for the same problem within 18,000 miles or 24 months, whichever is earlier.

☑ 3. Whether the problem continued to exist at the end of the 4th repair attempt.

- [x] 4. Whether the vehicle was out of service due to repairs for 30 or more days within 18,000 miles or 24 months, whichever is earlier.
- [ ] 5. Whether the problem substantially impaired the value of the vehicle to the consumer.
- [ ] 6. Whether the manufacturer failed to commence repairs within 20 days of receiving the consumer's notice of the dealer's refusal to make repairs.
- [ ] 7. Whether the problem is a result of the consumer's abuse, neglect or unauthorized modification or alteration of the vehicle.
- [ ] 8. Other:

## SUMMARY OF EVIDENCE

**Consumer:**

Virtual Hearing via Teams on 10/10/2024 at 10:00 PM.
The consumer was represented by Mr. Anthony Ballato Esq,
Testimony of Allen Benjamin
C-1 NYS Lemon Law Request for Arbitration Form File Date 08/27/2024.
C-2 BMW Financial Services Lease Agreement dated 11/19/2022.
C-3 19 BMW Dealerships Repair Orders.
C-4 Photos of the vehicle and Odometer indicating 18,666 miles.
C-5 Cover Letter from the Service Manager of BMW of Ramsey dated 09/07/2023 reflecting a Good-will payment from the Dealership of $2,130.99.
C-6 BMW of Ramsey Invoice 196893B dated 09/22/2020 for a BMW part purchased by the consumer from the dealership and installed upon delivery of the vehicle.

The Arbitrator confirmed all of the data from the lease with the parties during the Hearing. Ms. Thompson advised the Arbitrator the consumer had received a good will payment in the amount of $2,130.99 and submitted that if the event of an award to the consumer that it should be deducted from that award. However, the consumer testified that the payment was an accommodation from the dealership not the manufacturer over a year ago, and that it should not be deducted in the event that there is an award in his favor. The Arbitrator ordered the parties to forward a copy of proof of payment so that he could ascertain its origin prior to making his decision.

As of this writing the consumer sent the Arbitrator a letter dated 09/07/2023 from the dealership reflecting the payment was from the dealership, not the manufacturer.

The hearing was adjourned at 12:40 PM.

## Manufacturer:

The manufacturer was represented by Sara Thompson Esq of Biederman Hoenig Semprevivo. There were no witnesses or evidence presented.

## Lessor:

The Leasing company did not appear or present any evidence during the hearing. They did send a Lease transaction sheet which the Arbitrator received and marked as Exhibit L-1. The Arbitrator and the parties found that it had many errors.

## ARBITRATOR'S FINDINGS

The vehicle is primarily used for personal, family or household purposes. The problem substantially impaired the value of the vehicle to the consumer, and was not a result of the consumer's abuse, neglect or unauthorized modification or alteration of the vehicle.

In addition, I find that: (check one or more, as applicable)

- [x] There were 4 or more repair attempts for the same problem within 18,000 miles or 24 months, whichever is earlier, and the problem continued to exist at the end of the 4th repair attempt.
- [ ] The vehicle was out of service due to repairs for 30 or more days within 18,000 miles or 24 months, whichever is earlier.
- [ ] The manufacturer failed to commence repairs within 20 days of receiving the consumer's notice of the dealer's refusal.
- [ ] Other:

## CONCLUSION

Based on these findings, I find that the consumer/lessee qualifies for relief under General Business Law §198-a (The Lemon Law). The consumer/lessee has elected to receive a refund. The award, to be divided between the lessor and the lessee as indicated, is calculated as follows:

**Consumer/ Lessee's Refund**

| | | |
|---|---|---|
| 1. | Lease down payment (capitalized cost reduction) plus security deposit | $ (204.32) |
| 2. | Trade-in allowance | $ |
| 3. | Total amount of monthly payments paid to date (including sales tax) | $ 49,010.47 |
| 4. | Registration, title and other government fees | $ 2,025.00 |

| | | |
|---|---|---|
| 5. | Filing Fee | $ 250.00 |
| 6. | Subtotal (1+2+3+4+5) | $ 51,081.15 |
| Deduct from Line 6: | | |
| 7. | Total amount paid for interest and service fees | $ |
| 8. | Total sales tax paid (included in line 3) | $ 4,323.42 |
| 9. | Mileage deduction (6,666 miles over 12,000 x line 14, divided by 100,000), if applicable | $ 9,307.31 |
| 10. | Damage above normal wear and tear | $ |
| 11. | Total Deductions (lines 7+8+9+10) | $ 13,630.73 |
| 12. | Manufacturer's direct refund to consumer lessee (line 6 less line 11) | $ 37,450.42 |
| **Lessor's Refund** | | |
| 13. a. | Lessor's actual cost | $ 139,623.60 |
| b. | Lessor's cost of accessories, if applicable | $ |
| c. | Lessor's freight cost, if applicable | $ |
| d. | Fee paid by the lessor to another to obtain the lease, if applicable | $ |
| e. | 5% of line 13(a) | $ 6,981.18 |
| 14. | "Lease price" (lines 13a+b+c+d+e) | $ 146,604.78 |
| 15. | Manufacturer's direct refund to lessor (4+5+14, less Lines 9+10+12) | $ 102,122.05 |
| 16. | Total refund due from manufacturer (lines 12+15) | $ 139,572.47 |
| 17. | Total refund including tax (lines 16+8) | $ 143,895.89 |

The manufacturer is hereby directed to issue the refunds, less sales tax, to the consumer/lessee and the lessor as indicated herein (lines 12 and 15 respectively), within 30 days from the date the consumer notifies the manufacturer of his or her acceptance of the arbitrator's decision.

The lessor is hereby directed, pursuant to section 198-a(c)(2), to terminate the lease and to impose no penalty for its early termination.

The application form published by the New York State Commissioner of Taxation and Finance, needed to apply for credit or refund of state and local sales taxes, is herewith enclosed for the consumer.

The failure of the manufacturer to comply with this decision within a 30-day period shall entitle the consumer to recover an additional fee of $25.00 for each business day of noncompliance, up to $500.00.

This decision is binding on both parties. However, a dissatisfied party, pursuant to CPLR Article 75, may seek either (1) a modification, where appropriate (for example, an arithmetic or technical mistake), by writing to the NYS Dispute Resolution Association within 20 days of receiving this award; or (2) judicial relief, by filing an application in court within 90 days of receiving this award.

DATED: 10/15/2024

Arbitrator's Signature

State of New York )
:SS.:
County of Nassau )

I hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

DATED: 10/15/2024

Arbitrator's Signature

Date of mailing by Administrator
("Date of Issuance") § 300.16(f)

ND-3
08/15


New York State Dispute Resolution Association, Inc.
4 Pine West Plaza, Suite 411 • Albany, NY 12205 • (518) 687-2240
Lemon Law Program • Toll Free 1 (888) 825-3666